# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:  

    Paul L. Stefano and Lori A. Stefano,  

                  Debtors.

Case No. 25-14161-amc

Chapter 13

### Debtors' Motion to Imposing the Automatic Stay

**AND NOW**, Debtors Paul L. Stefano and Lori A. Stefano, through their attorney, move for the entry of an order imposing the automatic stay. In support of this Motion, the Debtors state as follows:

### Jurisdiction

1.    The Court has jurisdiction under 28 U.S.C. § 1334 and the Standing Order of Reference (E.D. Pa. Nov. 8, 1990).

2.    This is a core proceeding under 28 U.S.C. § 157(b)(2)(G) and the Debtors consent to the entry of a final order by this Court.

3.    Venue is proper under 28 U.S.C. § 1409.

### Background

4.    This case was filed under chapter 13 on October 14, 2025.

5.    The Debtors were involved in two active bankruptcies between October 14, 2024, and October 13, 2025:

| Case No. | District | Filed | Dismissed | Reason for Dismissal |
| --- | --- | --- | --- | --- |
| 25-11994 | PAEB | 05/20/2025 | 09/10/2025 | Failure to make plan payments. |
| 23-12022 | PAEB | 07/07/2023 | 05/02/2025 | Failure to make plan payments. |

6. Because the Debtors were involved in more than one active bankruptcy during the year before this case was filed, the automatic stay is not in effect. 11 U.S.C. § 362(c)(3)(A).

### Grounds for Relief

7. The Court may impose the automatic stay when a case is filed in good faith as to the creditors to be stayed. 11 § U.S.C. 362(c)(3)(B). Good faith means that there are new circumstances demonstrating that the Debtors can probably successfully complete a chapter 13 plan. *In re Legree*, 285 B.R. 615, 620 (Bankr. E.D. Pa. 2002).

8. There have been positive changing circumstances since the Debtors' last case was dismissed:

   a. Mrs. Stefano has returned to work full-time and is seeking a part-time job.

   b. Mr. Stefano's mother has agreed to help financially when necessary.

   c. The Debtors' daughter has begun paying $100 per month in rent.

9. These changing circumstances demonstrate that the Debtors can probably successfully complete a chapter 13 plan.

### Relief Requested

10. Because this case was filed in good faith, the Debtors requests that the Court impose the automatic stay against all creditors until the Debtors receives a discharge.

**FOR THOSE REASONS,** the Court must grant relief in the form of order attached, and further in the Debtors' favor if necessary and proper under the law.

Date: October 14, 2025 **SADEK LAW OFFICES LLC**
*Attorney for Debtors*

By: /s/ Brad J. Sadek
    Brad J. Sadek
    1500 JFK Blvd., Suite 220
    Philadelphia, PA 19102
    215-545-0008
    brad@sadeklaw.com