L.B.F. 9014-4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>**Paul L Stefano**<br>**Lori A Stefano** | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 2:25-bk-14161 |

\* \* \* \* \* \* \*

## CERTIFICATION OF SERVICE

I, **Brad Sadek**, certify that on **October 16, 2025**, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Impose Automatic Stay

- Notice of Motion and Hearing Date

- Order Scheduling Hearing

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: **October 16, 2025**

/s/ Brad Sadek
**Brad Sadek**
**Sadek Law Offices**
**1500 JFK Blvd. Ste 220**
**Philadelphia, PA 19102**
**(215) 545-0008**
**Brad@sadeklaw.com**

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

**21st Mortgage Corp**
**Attn: Bankruptcy**
**620 Market St**
**Knoxville, TN 37902-2231**
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

**Pennsylvania Department of Revenue**
**Department 280946**
**Attn: Bankruptcy Division**
**Harrisburg, PA 17128**
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

**Richland Meadows**
**232 Yankee Road, Lot 500**
**Quakertown, PA 18951**
Creditor
Via:   ☐ CM/ECF     ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

**Santander Consumer USA, Inc.**
**PO Box 961245**
**Fort Worth, TX 76161**
Creditor
Via:   ☐ CM/ECF     ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

**Self Financial/Lead Ba**
**901 E 6th St**
**Austin, TX 78702-3206**
Creditor
Via:   ☐ CM/ECF     ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

**Acima Credit**
**13907 Minuteman Drive, 5th Floor**
**Draper, UT 84020-9869**
Creditor
Via:   ☐ CM/ECF     ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

**American First Finance, LLC**
**c/o Becket & Lee LLP**
**PO Box 3002**
**Malvern, PA 19355**
Creditor
Via:   ☐ CM/ECF     ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

**Ashley Funding Services, LLC**
**Resurgent Capital Services**
**Po Box 10587**
**Greenville, SC 29603-0587**
Creditor
Via:   ☐ CM/ECF     ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

**ECMC**
**PO Box 16408**
**Saint Paul, MN 55116-0408**
Creditor
Via:   ☐ CM/ECF     ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

**LVNV Funding, LLC**
**c/o Resurgent Capital Services**
**PO Box 10587**
**Greenville, SC 29603-0587**
Creditor
Via:   ☐ CM/ECF     ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

**Triborough Bridge and Tunnel Authority**
**TBTA Toll Group**
**2 Broadway, 24th Floor**
**New York, NY 10004**
Creditor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

**Verizon**
**by AIS InfoSource LP**
**4515 N. Santa Fe Avenue**
**Oklahoma City, OK 73118**
Creditor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other: