## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>　Paul L Stefano and Lori A Stefano<br>　Debtors | Chapter 13<br>Bankruptcy No. 25-14161-amc |

### <u>RESPONSE TO DEBTORS' MOTION TO IMPOSE THE AUTOMATC STAY</u>

And now, comes Richland Meadows, a creditor of the above captioned Debtors pursuant to a lease between the parties in regards to property located at 232cYankee Road – Lot 310, Quakertown, Pennsylvania and by its counsel hereby files the following Response to the Debtors' Motion To Impose The Automatic Stay, and avers as follows:

1.　　Admitted.

2.　　Admitted.

3.　　Admitted.

4.　　Admitted.

5.　　Admitted.

6.　　Denied that 11 U.S.C. §362(c)(3)(B) is applicable, as Debtors had two cases pending within the previous year that were dismissed, and the applicable code section is 11 U.S.C. §362(c)(4).

7.　　Denied that 11 U.S.C. §362(c)(3)(B) is applicable, as Debtors had two cases pending within the previous year that were dismissed, and the applicable code section is 11 U.S.C. §362(c)(4).

8.　　Denied. Richland Meadows is without knowledge, information or belief to form an opinion as to the truth of the matters asserted. By way of further response, pursuant to 11 U.S.C. §362(c)(4), the Debtors having had two cases pending within the previous year that were dismissed, the instant cast is presumed to not be filed in good faith, which presumption may be rebutted by clear and convincing evidence to the contrary. Strict proof is demanded.

9.　　Denied.

10.     Denied.

WHEREFORE, for the foregoing reasons, Richland Meadows. requests that a proposed

Order be entered denying Debtor's Motion To Impose The Automatic Stay.

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Richland Meadows
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com