**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   Paul L. Stefano, Jr. and Lori Anne Stefano<br>                   Debtor<br><br>Richland Meadows<br>                  Movant<br>         vs.<br><br>Scott F. Waterman, Trustee<br>Paul L. Stefano, Jr. and Lori Anne Stefano,<br>Debtors<br>Respondents | Chapter 13<br>Bankruptcy No. 25-14161-amc |

## ORDER

Upon consideration of the Opposition to Debtors' Motion To Impose The Automatic Stay and after notice and hearing, it is hereby;

ORDERED that the Motion is denied.

BY THE COURT,

_/s/ Ashely M. Chan_

**Date: November 20, 2025**