**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** ) | Chapter 13 |
| **PAUL L. STEFANO, Jr., and** ) | Case No: 25-14161-amc |
| **LORI ANNE STEFANO** ) | |
| **Debtors** ) | |
| ) | |
| 21ˢᵗ MORTGAGE CORPORATION ) | MOTION FOR STAY RELIEF |
| Movant ) | 1997 Pine Grove Manufactured Home |
| vs. ) | |
| ) | |
| PAUL L. STEFANO, JR., and ) | Hearing Date: January 7, 2026 |
| LORI ANNE STEFANO ) | Hearing Time: 11:00 a.m. |
| Respondents ) | Response Deadline: Dec. 17, 2025 |

**ORDER**

AND NOW this _____ day of JANUARY, 2026, upon consideration of the Motion seeking Stay Relief filed by 21ˢᵗ Mortgage Corporation ('21ˢᵗ Mortgage") pursuant to 11 U.S.C. Sections 362(d), any response thereto, and for good cause appearing, it is hereby

ORDERED that the Motion for Stay Relief filed by 21ˢᵗ Mortgage is hereby GRANTED; and it is further

ORDERED that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby terminated with respect to 21ˢᵗ Mortgage; and it is further

ORDERED that 21ˢᵗ Mortgage is entitled to proceed with any and all available state court remedies against that certain 1997 Pine Grove manufactured home, serial number GP41751AB ("Manufactured Home").

ORDERED that the fourteen (14) day stay period under Rule 4001(a)(3) is rendered inapplicable and this Order for relief from stay shall take effect immediately upon its execution.

ORDERED, that this Order shall survive a conversion, dismissal, or termination of the within bankruptcy case, and shall be binding upon the Debtors, and any trustee appointed in this case.

**BY THE COURT:**

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY CHIEF JUDGE