## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Paul L Stefano and Lori A Stefano<br>                     Debtors<br>Richland Meadows<br>                     Movant<br>                vs.<br>Scott F. Waterman (Chapter 13), Trustee<br>Paul L Stefano and Lori A Stefano<br>                     Respondents | Chapter 13<br>Bankruptcy No. 25-14161-amc |

### MOTION OF RICHLAND MEADOWS TO CONFIRM THE AUTOMATIC STAY IS NOT IN EFFECT

Movant, Richland Meadows, through their attorney, move for the entry of an Order Confirming The Automatic Stay Is Not In Effect in the above captioned matter. In support of the Motion, the Movant states as follows:

1. Movant, Richland Meadows, is the owner and landlord of the property located at: 232 Yankee Road - Lot 310, Quakertown, Pennsylvania 18951.

2. The Leased Premises are currently occupied by the Debtor pursuant to that Residential Lease dated October 18, 2017 (the "Lease"). A copy of the Lease is attached hereto as Exhibit A.

3. Debtors, Paul L. Stefano and Lori A. Stefano, filed a prior Chapter 13 bankruptcy petition on July 7, 2023, which was assigned Case No.23-12022.

4. By Order dated May 2, 2025, the case was dismissed for failure to make plan payments. (Case No. 23-12022, Docket Entry #95.).

5. Debtors, Paul L Stefano and Lori A. Stefano, filed a second Chapter 13 petition on May 20, 2025, which was assigned Case No. 25-11994.

6. By Order dated September 10, 2025, the case was dismissed for Failure to Make Plan Payments. (Case No. 25-11994, Docket Entry # 44.)

7. The instant case was filed on October 14, 2025.

8. Pursuant to 11 U.S.C. §362(c)(4), the Debtor having had two previous cases pending under this title that were dismissed within a one-year period, the automatic stay did not go into effect upon the filing of the Debtors' instant case.

9. Debtors filed a Motion to impose automatic stay on October 14, 2025. (Docket Entry #6.)

   10. On October 28, 2025, Movant filed opposition to the Debtors' motion. (Docket entry #17.)

   11. On November 20, 2025, the Court entered an Order denying Debtors' Motion to impose automatic stay. (Docket entry #29.)

   12. WHEREFORE, Movant prays for an order confirming that the automatic stay of Bankruptcy Code §362(a) is not in effect as to this case, due to Debtor's two pending cases in the previous one year period and the denial of the Debtors' motion to impose the automatic stay, and Movant may exercise the state law remedies it has under the Lease, including eviction. .

       /s/ Andrew M. Lubin, Esquire
       MARISA MYERS COHEN, ESQUIRE ID #87830
       ANDREW M. LUBIN, ESQUIRE ID # 54297
       Attorney
       1420 Walnut Street, Suite 1105
       Philadelphia, PA 19102
       Telephone: (215) 790-1010
       Facsimile: (215) 790-1274
       Email: ecfmail@mwc-law.com