UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 13

    Paul L Stefano

    Lori A Stefano                                     Bankruptcy No. 25-14161-AMC

             Debtors

### TRUSTEE'S MOTION TO DISMISS WITH A BAR ORDER PURSUANT TO 11 U.S.C. SECTIONS 105 AND 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 10/14/2025.

3.      This Motion to Dismiss has been filed for the following reason(s):

- The Debtor(s) has/have failed to commence or continue making timely payments to the Trustee as required by 11 U.S.C. Section 1326.

4.      The debtor has filed two prior bankruptcy cases, either individually, or jointly with a spouse, as follows:

(1)  23-12022-AMC, Chapter 13, filed by Paul L. Stefano, Jr. and Lori Anne Stefano on July 7, 2023.  The case was dismissed on Trustee's Motion to Dismiss on May 2, 2025 due to failure of debtors to make plan payments.

(2)  25-11994-AMC, Chapter 13, filed by Paul L. Stefano, Jr. and Lori Anne Stefano on May 20, 2025.  The case was dismissed on Trustee's Motion to Dismiss on September 10, 2025 due to failure of debtors to make plan payments.

WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee, respectfully requests that, pursuant to 11 U.S.C. Sections 105 and 1307, the Court enter an Order dismissing this case and barring the debtor from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court FOR A PERIOD OF ONE YEAR.

Date: 05/27/2026                                      Respectfully submitted,

                                                     */s/ Ann Swartz, Esq.*
                                                     Ann Swartz, Esq.
                                                     for
                                                     Scott F. Waterman, Esq.
                                                     Standing Chapter 13 Trusteee
                                                     2901 St. Lawrence Avenue, Suite 100
                                                     Reading, PA  19606
                                                     Telephone: (610) 779-1313